# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF PHILLIP SERRANO, *et al.*, <br><br> Plaintiffs, <br> v. <br> CITY OF RENO, *et al.*, <br><br> Defendants. | 3:20-cv-00536-RCJ-CSD <br><br> **ORDER** |

The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, September 2, 2022.**

**IT IS SO ORDERED.**

DATED: August 19, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1