# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ESTATE OF PHILLIP SERANO, by and through Co-Special Administrators, Desiree Serrano and Margaret Callister; DESIREE SERANO, individually and as Successor-in-Interest,

      Plaintiffs

v.

CITY OF RENO, et al.,

      Defendants

Case No.: 3:20-cv-00536-RCJ-CSD

**Order**

Re: ECF No. 39

Plaintiff's counsel, Mitchell S. Bisson, Esq., has filed a motion to withdraw. (ECF No. 39.) There is a certificate of service indicating that Mr. Bisson served his clients, Desiree Serrano and Margaret Callister, with the motion to withdraw; however, the motion does not advise Plaintiffs that they are permitted to file a response to the motion to withdraw under Local Rule IA 11-6(b).

The Clerk shall **SEND** a copy of this Order to each of the Plaintiffs at the addresses set forth in Mr. Bisson's proof of service of the motion to withdraw.

Plaintiffs have up to and including **October 21, 2022**, to file and serve a response to the motion to withdraw.

**IT IS SO ORDERED**.

Dated: September 30, 2022

_____
Craig S. Denney
United States Magistrate Judge