UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF PHILLIP SERRANO, by and through Co-Special Administrators, Desiree Serrano and Margaret Callister; DESIREE SERRANO, individually and as successor-in-interest,<br><br>  Plaintiffs<br><br>v.<br><br>CITY OF RENO, et al.,<br><br>  Defendants | Case No.: 3:20-cv-00536-RCJ-CSD<br><br>**Order**<br><br>Re: ECF No. 39 |

Plaintiffs' counsel, Mitchell S. Bisson, Esq., filed a motion to withdraw as counsel for Plaintiffs (ECF No. 39), which defendant City of Reno opposed (ECF No. 40). The court issued an order to the Plaintiffs at the addresses set forth in Mr. Bisson's proof of service for the motion to withdraw, advising them that they are permitted to file a response to the motion to withdraw, and giving them until October 21, 2022, to file and serve a response. (ECF No. 41.) To date, nothing has been filed by Plaintiffs.

Mr. Bisson's motion to withdraw (ECF No. 39) is **GRANTED**.

Plaintiffs have up to and including **March 24, 2023,** to file a notice of intent to prosecute this action and to obtain new counsel for the estate. A failure to comply with this order may result in this action being dismissed.

///

The Clerk shall **SEND** a copy of this Order to Plaintiffs at the following addresses:

Desiree Serrano
170 South Highland Avenue
Miami, Arizona 85539

Desiree Serrano
2642 Yori Ave.
Reno, NV 89502

Margaret Callister
10520 Pergola Peak Ave.
Las Vegas, NV 89144

**IT IS SO ORDERED**.

Dated: February 23, 2023

_____
Craig S. Denney
United States Magistrate Judge