UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF PHILLIP SERRANO, by and through Co-Special Administrators, Desiree Serrano and Margaret Callister; DESIREE SERRANO, individually and as successor-in-interest,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF RENO, *et al.*,<br>Defendants. | Case No.: 3:20-CV-00536-RCJ-CSD<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 45) |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 45[1]) entered on March 28, 2023, recommending that the Court dismiss this action without prejudice and administratively close the case.

This action was referred to Magistrate Judge Denny under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that Magistrate Judge Denney's Report and Recommendation (ECF No. 45) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall administratively close this case.

**IT IS SO ORDERED**.

Dated this 12th day of April 2023.

_____
ROBERT C. JONES
United States District Judge